**[J-26-2024]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| MACMILES, LLC D/B/A GRANT STREET TAVERN, | : | No. 10 WAP 2023 |
| | : | |
| | : | Appeal from the Order of the |
| Appellant | : | Superior Court entered November |
| | : | 30, 2022, at No. 1100 WDA 2021, |
| | : | reversing the Order of the Court of |
| v. | : | Common Pleas of Allegheny County |
| | : | Civil Division entered on May 25, |
| | : | 2021, at No. GD-20-007753. |
| ERIE INSURANCE EXCHANGE, | : | |
| | : | ARGUED: April 10, 2024 |
| Appellee | : | |

## ORDER

**PER CURIAM**                                          **DECIDED: SEPTEMBER 26, 2024**

**AND NOW**, this 26th day of September, 2024, the Application to Submit Post-Submission Communication to Notify Court of Recently Decided Caselaw (Application) filed by Appellee Erie Insurance Exchange is GRANTED. Based upon the reasoning in *Ungarean v. CNA and Valley Forge Insurance Company*, 11 & 12 WAP 2023, filed September 26, 2024, which addressed the same issue raised in this matter, we hereby AFFIRM.